|   |   |
|---|---|
| 1 | DeVerie J. Christensen<br>Nevada State Bar No. 6596<br>Thomas W. Maroney<br>Nevada State Bar No. 13913<br>**JACKSON LEWIS P.C.**<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Email: deverie.christensen@jacksonlewis.com |

thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Tripp Enterprises, Inc., Cole Tripp, and Zack Ponce*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRIPP ENTERPRISES, INC.; and COLE TRIPP, an individual; and ZACK PONCE, an individual; and LARRY KAWAGA, an individual; and DOES I-X,<br><br>　　　　Defendants. | Case No. 3:25-cv-00459-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TRIPP ENTERPRISES, INC. AND COLE TRIPP TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Angela Bryant ("Plaintiff"), by and through her counsel, Dreher Law, and Defendant Tripp Enterprises, Inc. and Cole Tripp (collectively "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a fourteen (14) day extension up to and including **November 6, 2025**, in which to file their responses to Plaintiff's Complaint.[1] This Stipulation is submitted and based upon the following:

　　1.　　Defendant Tripp Enterprises, Inc. ("TEI") was served with the Summons and Complaint on September 2, 2025, (ECF No. 1) making Defendant TEI's response to Plaintiff's Complaint due on September 23, 2025.

---

[1] This is the first request to extend via Stipulation. Tripp Enterprises, Inc. previously filed an Emergency Motion to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint. (ECF No. 11).

2. The Parties agreed to continue the deadline for all named Defendants to respond to Plaintiff's Complaint to October 23, 2025, as defense counsel worked to determine which individual Defendants had been served and to confirm representation (ECF No. 11).

3. On September 25, 2025, Zack Ponce ("Ponce") filed a pro se answer to Plaintiff's Complaint (ECF No. 12).

4. On October 14, 2025, Ponce filed an Amended Answer to Plaintiff's Complaint through counsel.

5. Defendant Cole Tripp was served with the Summons and Complaint via defense counsel on October 15, 2025 (ECF No. 12).

6. To Defendants' knowledge, Larry Kagawa has not yet been served with the Summons and Complaint (ECF No. 17).

7. Defense counsel is still in the process of investigating Plaintiff's allegations which include significant monetary damages, including, punitive damages, and determining the scope of its representation as to Larry Kagawa.

8. This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

9. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

10. This Stipulation is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 22nd day of October, 2025.

| DREHER LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Ronald J. Dreher* <br> Ronald J. Dreher, Esq., Bar # 15726 <br> P.O. Box 6494 <br> Reno, NV 89513 | */s/ Thomas W. Maroney* <br> Deverie J. Christensen, Bar # 6596 <br> Thomas W. Maroney, Bar # 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Angela Bryant* | *Attorneys for Defendants* <br> *Tripp Enterprises, Inc., Cole Tripp, and Zack Ponce* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: October 23, 2025