Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Tripp Enterprises, Inc., Cole Tripp, and Zack Ponce*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA BRYANT, | Case No. 3:25-cv-00459-CSD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TRIPP ENTERPRISES, INC.; and COLE TRIPP, an individual; and ZACK PONCE, an individual; and LARRY KAWAGA, an individual; and DOES I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Angela Bryant, by and through her counsel, the law firm of Dreher Law, and Defendants, Tripp Enterprises, Inc., Cole Tripp and Zack Ponce, by and through their counsel, the law firm of Jackson Lewis P.C., that

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 7th day of May, 2026.

DREHER LAW

*/s/ Ronald J. Dreher*
Ronald J. Dreher, Esq., Bar # 15726
P.O. Box 6494
Reno, NV 89513

*Attorney for Plaintiff*
*Angela Bryant*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar # 6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Tripp Enterprises, Inc., Cole Tripp, and*
*Zack Ponce*

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees.  The Clerk of Court is kindly instructed to close this case.

United States Magistrate Judge

Dated: May 7, 2026

4911-2086-3654, v. 1